DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ANTHONY,**
Appellant,

v.

**JANICE LYNN SIMBOB,**
Appellee.

No. 4D22-638

[February 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE-21-007173.

C. Edward McGee, Jr., of McGee & Huskey, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***